ANN D. VERNOVY, Administratrix, &c., against JAMES TAUNEY.

Where a motion is noticed for a day out of an appointed term, it must be brought on *on the day specified;* and, where the moving party does not appear on that day, he can not be entitled to his motion by *default* on a subsequent day.

*Dutchess Special Term, December,* 1848.

JOHN COLE, *Attorney for Defendant.*

Mr. MAISON, for the Defendant's attorney, moved for judgment as in case of non-suit, for not bringing cause to trial, no one appearing to oppose. The notice of motion was for a special term to be held at the court-house in Poughkeepsie, on the first *Monday* in December. The special term commenced on the first *Tuesday.*

BARCULO, Justice.—The motion cannot be granted. Under the present

·system, this motion could be noticed for any day, in or out, of an ap-·pointed special term. It might, therefore, have been heard on Monday, if the justice had been at the court-house; and it may be that the Plaintiff was then and there prepared to oppose. I think, under the present ·practice, if a motion is noticed for a day out of an appointed term, it ·must be brought on *on the day specified*, and that, where the moving party does not appear on that day, he cannot be entitled to his motion by *default* on a subsequent day. *Motion denied.*